Crisostomo G. Ibarra (SBN 103480)
Gener D. Benitez (SBN 206765)
The Law Offices of Crisostomo G. Ibarra
744 Montgomery Street, Suite 120
San Francisco, CA 94111
Telephone: 415-398-5329
Facsimile: 415-398-6831

Attorneys for Defendants
KELLY YUDIN and IGOR YUDIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY THOMPSON TANSY and PATRICK CHAMPLIN TANSY, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH PACIFIC INSURANCE CO., an Oregon corporation; ONEBEACON INSURANCE COMPANY, a Massachusetts corporation; KELLY YUDIN; and IGOR YUDIN, <br><br> Defendants. | Case Number: C 05-03494-BZ <br><br> **SUBSTITUTION OF ATTORNEY** |

TO THE CLERK OF THE ABOVE ENTITLED COURT, TO ALL PARTIES HEREIN, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants KELLY YUDIN and IGOR YUDIN hereby substitute counsel as follows:

1. Former legal representative:

   Emily S. Hill
   Doyle Gartland Nelson McCleery & Wade, P.C.

**SUBSTITUTION OF ATTORNEY**
05-03494-BZ

2. New legal representative:

    Crisostomo G. Ibarra (SBN 103480)
    Gener D. Benitez (SBN 206765)
    The Law Offices of Crisostomo G. Ibarra
    744 Montgomery Street, Suite 120
    San Francisco, CA 94111
    Telephone: 415-398-5329
    Facsimile: 415-398-6831

3. The party making this substitution are Defendants KELLY YUDIN and IGOR YUDIN.

4. I consent to this substitution:

Dated: September 9, 2005    Igor Yudin (Print Name)    (Signature of Party)

Dated: September 9, 2005    Kelly Yudin (Print Name)    (Signature of Party)

5. I consent to this substitution:

Dated: September 9th, 2005    Emily S. Hill (Print Name)    (Signature of Former Attorney)

6. I consent to this substitution:

Dated: September 9, 2005    Crisostomo G. Ibarra (Print Name)    (Signature of New Attorney)

SUBSTITUTION OF ATTORNEY
05-03494-BZ

2

1  **Substitution of Attorney is hereby approved**

2

3  Date: _____September 13_____, 2005

*IT IS SO ORDERED*
*[signature]*
Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CERTIFICATE OF SERVICE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
05-03494-BZ

I am a resident of the United States and am employed in County of San Francisco. I am over the age of 18 and not a party to the within cause; my business address is 744 Montgomery Street, Suite 120, San Francisco, CA 94111.

I am familiar with the business practice at my place of business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed, with postage fully prepaid, will be deposited with the United States Postal Service that same day in the ordinary course of business.

On September 12, 2005, I served the within **SUBSTITUTION OF ATTORNEY** on the parties in this cause, by placing for collection, process and deposit a true copy thereof enclosed in a sealed enveloped by:

| | | | |
|---|---|---|---|
| _X_ | United States mail by such envelope(s) in the designated area for collection and process of outgoing mail in accordance with this office's practice, whereby the mail is deposited in a United States mailbox, postage fully paid, thereon, in the City of San Francisco, CA, that same ordinary course of business. | ___ | Air Express Courier, Federal Express/Airborne |
| | | ___ | Express Mail |
| | | ___ | FAX |
| | | ___ | Personal Service |

to the parties addressed as follows:

Claud Ingram
Attorney at Law
Post Office Box 2937
Eugene, OR 97402
    Attorney for Plaintiff Tracey Thomson Tansy

Stephen E. Lawrence
Johnson Nyburg & Andersen
Post Office Box 4400
Portland, OR 97208-4400
    Attorneys for Defendant North Pacific Insurance Company

////

////

////

////

SUBSTITUTION OF ATTORNEY
05-03494-BZ                                    4

1 | Francis J. Maloney, III
  | Nicholas L. Dazer
2 | Bullivant Houser Bailey PC
  | 300 Pioneer Tower
3 | 888 SW Fifth Avenue
  | Portland, OR 97204-2089
4 |     Attorneys for Defendant OneBeacon Insurance Company

6       I, Yves Michael C. Valdez, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 12, 2005 at San Francisco, California.

8       By: _____

28 | **SUBSTITUTION OF ATTORNEY**
   | 05-03494-BZ                         5