1  Kent J. Clancy, SBN 035419
   Peter A. Clancy, SBN 230160
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-mail: kent.clancy@bullivant.com
5  E-mail: pete.clancy@bullivant.com

6  Attorneys for Defendant OneBeacon Insurance
   Company

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11 | TRACEY THOMPSON TANSY and | Case No.: C 05-03494 BZ
   | PATRICK CHAMPLIN TANSY,   |
12 |                            | **SUBSTITUTION OF ATTORNEY**
   |         Plaintiffs,        |
13 |                            |
   |     v.                     |
14 |                            |
   | NORTH PACIFIC INSURANCE CO., an |
15 | Oregon corporation; ONEBEACON   |
   | INSURANCE COMPANY, a Massachusetts |
16 | corporation; KELLY YUDIN; and IGOR |
   | YUDIN,                     |
17 |                            |
   |         Defendants.        |
18

19       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20       PLEASE TAKE NOTICE that defendant OneBeacon Insurance Company hereby

21 substitutes Kent J. Clancy and Peter A. Clancy of Bullivant Houser Bailey PC, 601 California

22 Street, Suite 1800, San Francisco, CA 94108, tel: (415) 352-2700; fax: (415) 352-2701 as its

23 attorneys of record in place of Francis J. Maloney III and Nicholas L. Dazer of Bullivant Houser

24 Bailey PC, 300 Pioneer Tower, 888 SW Fifth Ave., Portland, OR 97204.

25 ///

26 ///

27 ///

28 ///

6061011.1                              – 1 –
                    SUBSTITUTION OF ATTORNEY – Case No. C 05-03494 BZ

```
 1    I accept this substitution.
 2   DATED: Aug. 23, 2005
 3                                              BULLIVANT HOUSER BAILEY PC
 4
 5                                              By _____
                                                       Kent J. Clancy
 6                                                     Peter A. Clancy
                                                Attorneys for Defendant OneBeacon Insurance
 7                                                            Company
 8
      I consent to this substitution.
 9
     DATED: 30 Sept 2005
10
                                                BULLIVANT HOUSER BAILEY PC
11
12
                                                By _____
13                                                     Francis J. Maloney III
                                                       Nicholas L. Dazer
14                                              Attorneys for Defendant OneBeacon Insurance
                                                              Company
15
      I consent to this substitution.
16
     DATED: _____
17
                                                ONEBEACON INSURANCE COMPANY
18
19                                              By _____
                                                       Don Sedlacek
20
21   Substitution of Attorney is hereby approved.
22
          Sept. 30
23   Date: _____, 2005
                                                _____
24                                              United States District Court Judge
25                                              IT IS SO ORDERED
                                                /s/ Bernard Zimmerman
26                                              Judge Bernard Zimmerman
27
28

     6061011.1
                        SUBSTITUTION OF ATTORNEY - Case No. C 05-03494 BZ
```

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108. I am over the age of 18 and not a party to this action. On September 30, 2005, I served the document(s) entitled:

**SUBSTITUTION OF ATTORNEY**

upon the following party(ies):

| Claud Ingram<br>Attorney at Law<br>PO Box 2937<br>Eugene, OR 97402<br>Tel: (541) 686-5881<br>Fax: (541) 686-5881<br>**Attorneys for Plaintiff** | Stephen E. Lawrence<br>Johnson Nyburg & Andersen<br>PO Box 4400<br>Portland, OR 97208-4400<br>Tel: (503) 736-7414<br>Fax: (503) 736-7276<br>**Attorneys for North Pacific Ins. Co.** |
|---|---|
| Francis J. Maloney III<br>Nicholas L. Dazer<br>Bullivant Houser Bailey PC<br>300 Pioneer Tower<br>888 SW Fifth Ave.<br>Portland, OR 97204-2089<br>Tel: (503) 228-6351<br>Fax: (503) 295-0915 | |

(X) BY MAIL (CCP § 1013(a)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

( ) BY FACSIMILE TRANSMISSION (CCP § 1013(e), CRC 2008(e)): I transmitted the document(s) by facsimile transmission by placing it(them) in a facsimile machine (telephone number 415-352-2701) and transmitting it(them) to the facsimile machine telephone number(s) listed above. A transmission report was properly issued by the transmitting facsimile machine. Each transmission was reported as complete and without error. A true and correct copy of the transmission report is attached hereto.

( ) BY OVERNIGHT DELIVERY (CCP § 1013(c)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing by Express Mail and other carriers providing for overnight delivery. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by Express Mail or other carrier for overnight delivery in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with Express Mail or other carrier on the same day.

6061351.1

– 1 –

1  ( )  **BY PERSONAL SERVICE UPON AN ATTORNEY** (CCP § 1011(a)):  I placed a true and correct copy(ies) of the above-titled document(s) in a sealed envelope(s) addressed as indicated above.  I delivered each of said envelope(s) by hand to a receptionist or a person authorized to accept same at the address on the envelope, or, if no person was present, by leaving the envelope in a conspicuous place in the office between the hours of nine in the morning and five in the afternoon.

4  ( )  **BY HAND**  Pursuant to Code of Civil Procedure § 1011, I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.  A proof of service by hand executed by the courier shall be filed/lodged with the court under separate cover.

7  ( )  **BY PERSONAL SERVICE UPON A PARTY**  (CCP § 1011(b)):  I placed a true and correct copy(ies) of the above-titled document(s) in a sealed envelope(s) addressed as indicated above.  I delivered each of said envelope(s) by hand to a person of not less than 18 years of age at the address listed on the envelope, between the hours of eight in the morning and six in the evening.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 30, 2005, at San Francisco, California.

*/s/ Debora J. Fong*
Debora J. Fong

\*\*\*\*\*