Stephen E. Lawrence, OSB No. 78058
Stephen.Lawrence@llawoffice.com
Johnson Nyburg & Andersen
PO Box 4400
Portland, OR  97208-4400
Telephone:  503-736-7414
Facsimile:    503-736-7276

Attorney for North Pacific Insurance Co.

E-filing

RECEIVED
05 OCT 17 PM 4:15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACEY THOMSON TANSY,<br><br>          Plaintiff,<br><br>     v.<br><br>NORTH PACIFIC INSURANCE CO., an Oregon corporation; ONEBEACON INSURANCE COMPANY, a Massachusetts corporation; KELLY YUDIN; and IGOR YUDIN,<br><br>          Defendants. | Case No.: CV-05-3494-BZ<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Stephen E. Lawrence, an active member in good standing of the bar of the State of Oregon, whose business address and telephone number is PO Box 4400, Portland, OR  97208-4400, (503) 736-7414, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing North Pacific Insurance Co.,

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon and communication with co-counsel

designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 18 Oct 05

Bernard Zimmerman
United States Magistrate Judge

PAGE 2 - (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Case No. CV 05-03494 BZ