| | |
|---|---|
| 1 | **Stephen E. Lawrence, OSB No. 78058** |
| 2 | Stephen.Lawrence@llawoffice.com |
|   | Johnson Nyburg & Andersen |
| 3 | PO Box 4400 |
|   | Portland, OR  97208-4400 |
| 4 | Telephone:  503-736-7414 |
|   | Facsimile:    503-736-7276 |
| 5 | |
| 6 | Attorney for North Pacific Insurance Co. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK CHAMPLIN TANSY and TRACEY THOMSON TANSY, | Case No.: CV-05-3494-BZ |
| Plaintiffs, | **DEFENDANT NORTH PACIFIC INSURANCE COMPANY'S REQUEST TO APPEAR BY TELEPHONE** |
| v. | |
| NORTH PACIFIC INSURANCE CO., an Oregon corporation; ONEBEACON INSURANCE COMPANY, a Massachusetts corporation; KELLY YUDIN; and IGOR YUDIN, | |
| Defendants. | |

Stephen E. Lawrence, counsel for defendant North Pacific Insurance Co., hereby requests consent of the court to participate in the Cast Management Conference scheduled in this matter on January 9, 2006 at 4:00 p.m. by telephone.

Dated this 30th day of December, 2005

*[Court stamp: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, 1/3/2006, GRANTED, Judge Bernard Zimmerman]*

s/ Stephen E. Lawrence
Stephen E. Lawrence, OSB #78058
Of Attorneys for Defendant North
Pacific Insurance Co.

PAGE 1 – NORTH PACIFIC'S REQUEST TO APPEAR BY TELEPHONE

Case No. CV 05-03494 BZ

## CERTIFICATE OF SERVICE

I hereby certify that I have served **via electronic mail** on the date set forth below, the foregoing *DEFENDANT NORTH PACIFIC INSURANCE COMPANY'S REQUEST TO APPEAR BY TELEPHONE* upon:

Gener D. Benitez  
Attorney at Law  
744 Montgomery Street, #120  
San Francisco, CA 94111

Kent J. Clancy  
Bullivant Houser Bailey PC  
601 California Street, #1800  
San Francisco, CA 94108

Peter A. Clancy  
Bullivant Houser Bailey  
601 California Street, #1800  
San Francisco, CA 94108

I hereby certify that I have served **via First Class Mail** on the date set forth below, the foregoing *DEFENDANT NORTH PACIFIC INSURANCE COMPANY'S REQUEST TO APPEAR BY TELEPHONE* upon:

Claud Ingram  
Attorney at Law  
PO Box 2937  
Eugene, OR 97402

Crisostomo G. Ibarra  
Attorney at Law  
744 Montgomery Street, #120  
San Francisco, CA 94111

Patrick Champlin Tansy  
Tronador 4040  
8400 Rio Negro  
San Carlos DeBariloch  
Argentina

Daniel W. Goff  
Attorney at Law  
310 E. 11th Avenue  
PO Box 10956  
Eugene, OR 97440

Dated this 30th day of December, 2005.

s/ Stephen E. Lawrence  
Stephen E. Lawrence, OSB 78058  
Attorney for North Pacific  
Insurance Co.  
Telephone: (503) 736-7414

PAGE 2 – NORTH PACIFIC'S REQUEST TO APPEAR BY TELEPHONE

Case No. CV 05-03494 BZ