```
 1
 2
 3
 4                      UNITED STATES DISTRICT COURT
 5                     NORTHERN DISTRICT OF CALIFORNIA
 6   Tracey Thomson Tansy
 7
 8                    Plaintiff(s),         CASE NO. 305-cv-3494-BZ
                v.
 9   North Pacific Insurance Co et al
                                            (Proposed) ORDER GRANTING APPLICATION
10                                          FOR ADMISSION OF ATTORNEY
                      Defendant(s).         PRO HAC VICE
11
     Daniel W. Goff
12   _____, an active member in good standing of the bar of
     Oregon
13   _____, whose business address and telephone number is
     P.O. Box 10956, Eugene, OR 97440  Telephone 541-345-7211              310 E 11th Ave.
14   _____, having
15   applied in the above-entitled action for admission to practice in the Northern District of
16   California on a pro hac vice basis, representing Plaintiff Tracey Thomson Tansy, only
17        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
18   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac
19   vice. Service of papers upon and communication with co-counsel designated in the application
20   will constitute notice to the party. All future filings in this action are subject to the requirements
21   contained in General Order No. 45, Electronic Case Filing.
22
     Dated: 3 Jan 06
23
                                              _____
24                                            Bernard Zimmerman
25                                            United States Magistrate Judge
26
27
28
```