Crisostomo G. Ibarra (SBN 103480)
Gener D. Benitez (SBN 206765)
The Law Offices of Crisostomo G. Ibarra
744 Montgomery Street, Suite 120
San Francisco, CA 94111
Telephone: 415-398-5329
Facsimile: 415-398-6831

Attorneys for Defendants
KELLY YUDIN and IGOR YUDIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY THOMPSON TANSY and PATRICK CHAMPLIN TANSY, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH PACIFIC INSURANCE CO., an Oregon corporation; ONEBEACON INSURANCE COMPANY, a Massachusetts corporation; KELLY YUDIN; and IGOR YUDIN, <br><br> Defendants. | Case Number: C 05-03494-BZ <br><br> **STIPULATION AND ORDER EXTENDING CLOSE OF NON-EXPERT DISCOVERY AND LAST DAY TO HEAR DISPOSITIVE MOTIONS** |

    Plaintiff TRACEY THOMSON TANSY, Defendants KELLY YUDIN, IGOR YUDIN and NORTH PACIFIC INSURANCE CO. ("NORTH PACIFIC") (collectively the "Parties"), by and through the undersigned attorneys, hereby stipulate, upon approval by the Court, as follows:

    WHEREAS, pursuant to the Court's scheduling order, the close of non-expert discovery is August 31, 2006, and the last day to hear dispositive motions is November 1, 2006;

    WHEREAS, counsel for Plaintiff and Defendant NORTH PACIFIC are located in Oregon,

STIPULATION AND ORDER EXTENDING
CLOSE OF DISCOVERY AND LAST DAY
TO FILE DISPOSITIVE MOTIONS
05-03494-BZ

and Plaintiff is a resident of Argentina;

WHEREAS, due to calendar conflicts and unavailability of the Parties' counsel, as well as the difficulties of arranging the schedules of the witnesses, the Parties cannot conduct all the depositions by the close of non-expert discovery, August 31, 2006;

WHEREAS, all the Parties' counsel and witnesses are available on the week of October 23, 2006 to conduct the depositions.

Accordingly, the Parties hereby stipulate to extend the close of non-expert discovery until October 31, 2006, and to extend the last day to hear dispositive motions to December 15, 2006, to allow time for the parties to file any dispositive motions after the depositions.

Dated: August __, 2006

Claud Ingram
Attorney for Plaintiff
TRACEY THOMSON TANSY

Dated: August 30, 2006

Gener D. Benitez
Attorney for Defendants
KELLY YUDIN and IGOR YUDIN

Dated: August __, 2006

Stephen E. Lawrence
Attorney for Defendant
NORTH PACIFIC INSURANCE CO.

**STIPULATION AND ORDER EXTENDING CLOSE OF DISCOVERY AND LAST DAY TO FILE DISPOSITIVE MOTIONS**
05-03494-BZ

2

1 | and Plaintiff is a resident of Argentina;

2 | WHEREAS, due to calendar conflicts and unavailability of the Parties' counsel, as well as
3 | the difficulties of arranging the schedules of the witnesses, the Parties cannot conduct all the
4 | depositions by the close of non-expert discovery, August 31, 2006;

5 | WHEREAS, all the Parties' counsel and witnesses are available on the week of October 23,
6 | 2006 to conduct the depositions.

7 | Accordingly, the Parties hereby stipulate to extend the close of non-expert discovery until
8 | October 31, 2006, and to extend the last day to hear dispositive motions to December 15, 2006, to
9 | allow time for the parties to file any dispositive motions after the depositions.

13 | Dated: August __, 2006

_____
Claud Ingram
Attorney for Plaintiff
TRACEY THOMSON TANSY

18 | Dated: August __, 2006

_____
Gener D. Benitez
Attorney for Defendants
KELLY YUDIN and IGOR YUDIN

22 | Dated: August 30th 2006

_____
Stephen E. Lawrence
Attorney for Defendant
NORTH PACIFIC INSURANCE CO.

STIPULATION AND ORDER EXTENDING
CLOSE OF DISCOVERY AND LAST DAY
TO FILE DISPOSITIVE MOTIONS
05-03494-BZ

2

FROM : Case 3:05-cv-03494-BZ Document 33 Filed 09/07/06 Page 4 of 5
Case 3:05-cv-03494-BZ Document 32 Filed 08/31/2006 Page 4 of 6
FAX NO. : Aug. 29 2006 4:50PM P1

1 | and Plaintiff is a resident of Argentina;

2 | WHEREAS, due to calendar conflicts and unavailability of the Parties' counsel, as well as
3 | the difficulties of arranging the schedules of the witnesses, the Parties cannot conduct all the
4 | depositions by the close of non-expert discovery, August 31, 2006;

5 | WHEREAS, all the Parties' counsel and witnesses are available on the week of October 23,
6 | 2006 to conduct the depositions.

7 | Accordingly, the Parties hereby stipulate to extend the close of non-expert discovery until
8 | October 31, 2006, and to extend the last day to hear dispositive motions to December 15, 2006, to
9 | allow time for the parties to file any dispositive motions after the depositions.

13 | Dated: August __, 2006

*/s/ Claud Ingram*
Claud Ingram
Attorney for Plaintiff
TRACEY THOMSON TANSY

18 | Dated: August __, 2006

Gener D. Benitez
Attorney for Defendants
KELLY YUDIN and IGOR YUDIN

22 | Dated: August __, 2006

Stephen E. Lawrence
Attorney for Defendant
NORTH PACIFIC INSURANCE CO.

27 | **STIPULATION AND ORDER EXTENDING CLOSE OF DISCOVERY AND LAST DAY TO FILE DISPOSITIVE MOTIONS**
28 | 05-03494-BZ

2

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
Last day to hear dispositive motions is November 29, 2006. Pretrial and Trial dates remain.

Dated: September 7, 2006



BERNARD ZIMMERMAN
United States Magistrate Judge

STIPULATION AND ORDER EXTENDING
CLOSE OF DISCOVERY AND LAST DAY
TO FILE DISPOSITIVE MOTIONS
05-03494-BZ

3