1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11    TRACEY THOMPSON TANSY, et    )
      al.,                         )
12                                 )      No. C 05-3494 BZ
              Plaintiff(s),        )
13                                 )      **SECOND ORDER SCHEDULING JURY**
          v.                       )      **TRIAL AND PRETRIAL MATTERS**
14                                 )
      NORTH PACIFIC INSURANCE CO.,)
15    et al.,                      )
                                   )
16            Defendant(s).        )
      ─────────────────────────────

17

18        Pursuant to the stipulation of the parties, and for good

19    cause shown, this Court's Order Scheduling Jury Trial and

20    Pretrial Matters is **HEREBY MODIFIED AS FOLLOWS**:

21    1.   DATES

22    Trial Date: Monday, 7/30/2007, 10 days, **at 8:30 a.m.**

23    Pretrial Conference: Tuesday, 7/10/2007, **at 4:00 p.m.**

24    Last Day to Hear Dispositive Motions: Wednesday, 5/30/2007

25    Last Day for Expert Discovery: Friday, 4/20/2007

26    Last Day for Expert Disclosure: Friday, 4/13/2007

27    Close of Non-expert Discovery: Thursday, 4/6/2007

28        The Court's Order Scheduling Jury Trial and Pretrial

1

1   Matters otherwise remains in full force and effect.  **IT IS SO**

2   **ORDERED.**

3   Dated: October 19, 2006

4   _____
                    Bernard Zimmerman
5              United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28