```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| TRACEY THOMPSON TANSY, et al., | |
| Plaintiff(s), | No. C 05-3494 BZ |
| v. | |
| NORTH PACIFIC INSURANCE CO., et al., | **ORDER SCHEDULING STATUS CONFERENCE** |
| Defendant(s). | |

At the request of the parties, **IT IS HEREBY ORDERED** that a status conference is scheduled for **Monday, March 5, 2007 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  By no later than **February 26, 2007**, any party who has a matter it wishes to discuss at the status conference shall advise the court and the other parties of its nature by filing a supplemental status conference report.

Dated:   January 10, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-bzcases\tansy\tansy.status.conf.ord.wpd

1