# Bullivant | Houser | Bailey PC

Attorneys at Law

KENT J. CLANCY
Direct Dial: (415) 352-2714
E-mail: kent.clancy@bullivant.com

February 15, 2007

Hon. James Larson
Chief Magistrate Judge
U.S. District Court -- Northern Dist. of
California
450 Golden Gate Ave.
San Francisco, CA 94102

IT IS SO ORDERED
Judge James Larson

Re: *Tansy v. North Pacific Insurance Co., et al.*
USDC Case No.: C 05-3494 BZ
Settlement Conference Schedule for February 23, 2007 Off-Calendar
TRIAL DATE: July 30, 2007

Dear Judge Larson:

This will confirm my conversation with your clerk that the settlement conference you had scheduled for 10:00 a.m. on Friday, February 23, 2007 is off-calendar. The court has suggested a new settlement conference date of Friday, March 23, 2007 at 10:00 a.m. At the depositions scheduled for February 26 and 27, counsel will confer and thereafter communicate with the court whether that date is one that is available for the parties and their counsel.

Thank you and your staff for your consideration of the request by all counsel to continue the February 23 settlement conference.

Very truly yours,

Kent J. Clancy

KJC:djf
cc: Patrick Champlin Tansy (*via E-mail*)



6076341.1  601 California Street, Suite 1800, San Francisco, CA 94108-2823 • 415.352.2700  Fax 415.352.2701

www.bullivant.com | Seattle  Vancouver  Portland  Sacramento  San Francisco  Las Vegas