1  **Stephen E. Lawrence, OSB No. 78058**
   Stephen.Lawrence@libertymutual.com
2  Andersen & Nyburg
3  PO Box 4400
   Portland, OR 97208-4400
4  Telephone: 503-736-7414
   Facsimile:  503-736-7276
5

6    Attorney for North Pacific Insurance Co.

7

8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
10

| PATRICK CHAMPLIN TANSY and TRACEY THOMSON TANSY, | Case No.: CV-05-3494-BZ |
|---|---|
| Plaintiffs, | **DEFENDANT NORTH PACIFIC INSURANCE COMPANY'S REQUEST TO APPEAR BY TELEPHONE** |
| v. | |
| NORTH PACIFIC INSURANCE CO., an Oregon corporation; ONEBEACON INSURANCE COMPANY, a Massachusetts corporation; KELLY YUDIN; and IGOR YUDIN, | |
| Defendants. | |

18
     Stephen E. Lawrence, counsel for defendant North Pacific Insurance Co., hereby
19
   requests consent of the court to participate in the Case Management Conference
20
   scheduled in this matter on March 5, 2007 at 4:00 p.m. by telephone. *Counsel*
21  *shall call the court at 4 p m @ 415-522-4093.*
22
     Dated this 20th day of February, 2007
23
   ~~IT IS SO ORDERED~~                          s/ Stephen E. Lawrence
24  *[signature]*                                Stephen E. Lawrence, OSB #78058
                                                 Of Attorneys for Defendant North
25  _____               Pacific Insurance Co.
    Bernard Zimmerman, Magistrate Judge
26  2/ Feb /07
    _____
27  Date

PAGE 1 – NORTH PACIFIC'S REQUEST TO APPEAR BY TELEPHONE

                                              Case No. CV 05-03494 BZ