Kent J. Clancy, SBN 035419
E-mail: kent.clancy@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant ONEBEACON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACEY THOMPSON TANSY and PATRICK CHAMPLIN TANSY,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH PACIFIC INSURANCE CO., an Oregon corporation; ONEBEACON INSURANCE COMPANY, a Massachusetts corporation; KELLY YUDIN; and IGOR YUDIN,<br><br>Defendants. | Case No.: C 05-03494 BZ<br><br>**STATUS CONFERENCE REPORT AND REQUEST TO BE EXCUSED FROM ATTENDING STATUS CONFERENCE**<br><br>Date: March 5, 2007<br>Time: 4:00 p.m.<br>Place: Courtroom G |

Defendant OneBeacon Insurance Company has reached a settlement with plaintiffs, and on February 23, 2007 filed a Notice of Settlement.

There are no cross-complaints between OneBeacon and any of the other defendants.

Defendant OneBeacon therefore requests to be excused from attending the Status Conference and apologizes for the lateness of this report.

DATED: February 28, 2007

BULLIVANT HOUSER BAILEY PC

By /s/ Kent J. Clancy
Attorneys for Defendant OneBeacon Insurance Company

GRANTED
Judge Bernard Zimmerman

6076792.1
— 1 —
STATUS CONFERENCE REPORT AND REQUEST TO BE EXCUSED – Case No. C 05-03494 BZ