UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY THOMPSON TANSY, et al., )<br>) | |
| ) | No. C 05-3494 BZ |
| Plaintiff(s), ) | |
| ) | **SCHEDULING ORDER** |
| v. ) | |
| ) | |
| NORTH PACIFIC INSURANCE CO.,) et al., ) | |
| ) | |
| Defendant(s). ) | |

    A status conference having been held on March 5, 2007, and for good cause appearing, **IT IS HEREBY ORDERED** as follows:

    1.  A status conference is scheduled for **Monday, May 14, 2007 at 4:00pm** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

    2.  Those parties who have, before May 14, 2007, filed stipulated dismissals will not be required to attend the status conference.

    3.  All other parties or their counsel shall appear in person.

1

4. The settlement conference scheduled for Friday, March 23, 2007 at 10:00 a.m. before Judge James Larson is **VACATED**.

5. Mr. Ingram shall serve this Order on Mr. Tansy and file a proof of service.

Dated: March 6, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

2