Kent J. Clancy, SBN 035419
E-mail: kent.clancy@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant OneBeacon Insurance Company

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACEY THOMPSON TANSY and PATRICK CHAMPLIN TANSY, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH PACIFIC INSURANCE CO., an Oregon corporation; ONEBEACON INSURANCE COMPANY, a Massachusetts corporation; KELLY YUDIN; and IGOR YUDIN, <br><br> Defendants. | Case No.: C 05-03494 BZ <br><br> **DISMISSAL WITH PREJUDICE OF COMPLAINT BY PLAINTIFF TRACEY THOMPSON TANSY AS TO DEFENDANT ONEBEACON INSURANCE COMPANY** |

The claim by Tracey Thompson Tansy against OneBeacon Insurance Company having been fully and finally settled, the complaint by plaintiff Tracey Thompson Tansy as to defendant OneBeacon Insurance Company is dismissed with prejudice, each party to bear its own costs.

DATED: March 2, 2007

By _____
Claud A. Ingram, Jr.
Attorney for Plaintiff Tracey Thompson Tansy

So Ordered
16 May 07

6076793.1

– 1 –