Case 3:05-cv-03494-BZ   Document 53   Filed 03/06/2007   Page 1 of 1

Kent J. Clancy, SBN 035419
E-mail: kent.clancy@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant OneBeacon Insurance Company

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRACEY THOMPSON TANSY and PATRICK CHAMPLIN TANSY,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH PACIFIC INSURANCE CO., an Oregon corporation; ONEBEACON INSURANCE COMPANY, a Massachusetts corporation; KELLY YUDIN; and IGOR YUDIN,<br><br>Defendants. | Case No.: C 05-03494 BZ<br><br>**DISMISSAL WITH PREJUDICE OF COMPLAINT BY PLAINTIFF PATRICK CHAMPLIN TANSY AS TO DEFENDANT ONEBEACON INSURANCE COMPANY** |

The claim by Patrick Champlin Tansy against OneBeacon Insurance Company having been fully and finally settled, the complaint by plaintiff Patrick Champlin Tansy as to defendant OneBeacon Insurance Company is dismissed with prejudice, each party to bear its own costs.

DATED: March ___, 2007

By _____
Patrick Champlin Tansy

So Ordered
16 May 07                  [signature]

6076794.1

— 1 —

DISMISSAL WITH PREJUDICE BY PATRICK CHAMPLIN TANSY — Case No.: C 05-03494 BZ