Claud Ingram OSB # 61041
P.O. Box 2937
Eugene, OR. 97402
Telephone 541-686-5881
Fax 541-686-5881
E. Mail ingram9316@comcast.net
    Attorney for Plaintiff Tracey Thomson Tansy



E-Filing

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRACEY THOMSON TANSY and
PATRICK CHAMPLIN TANSY,

        Plaintiffs,

        v.

NORTH PACIFIC INSURANCE CO.,
an Oregon corporation;
ONEBEACON INSURANCE COMPANY,
a Massachusetts corporation;
KELLY YUDIN; and IGOR YUDIN,

        Defendants.

Case No. CV-05-03494 BZ

STIPULATION OF
PLAINTIFF'S CLAIMS
AGAINST DEFENDANT
NORTH PACIFIC
INSURANCE CO.
WITH PREJUDICE

Plaintiff Tracey Thomson Tansy and Defendant North Pacific Insurance Co.

Yudin, by and through their attorneys of record, agree and stipulate that the

claims of Plaintiff Tracey Thomson Tansy against North Pacific Insurance Co has

as alleged in the complaint on file herein has been settled and the above case is

dismissed with prejudice.

IT IS SO STIPULATED this 27th day of March 2007.

Claud Ingram  OSB #61041
Attorney for Plaintiff

Stephen E. Lawrence
of Attorneys for Defendant
North Pacific Insurance Co.

IT IS SO ORDERED

Bernard Zimmerman, Magistrate Judge

16 May 06
    Date