Case 3:05-cv-03494-BZ    Document 54    Filed 03/13/2007    Page 1 of 2

FROM :                        FAX NO. :                    Mar. 05 2007 09:14AM P2

Claud Ingram OSB # 61041
P.O. Box 2937
Eugene, OR. 97402
Telephone 541-686-5881
Fax 541-686-5881
E. Mail ingram9316@comcast.net
    Attorney for Plaintiff Tracey Thomson Tansy



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY THOMSON TANSY and PATRICK CHAMPLIN TANSY,<br><br>        Plaintiffs,<br><br>    v.<br><br>NORTH PACIFIC INSURANCE CO., an Oregon corporation;<br>ONEBEACON INSURANCE COMPANY, a Massachusetts corporation;<br>KELLY YUDIN; and IGOR YUDIN,<br><br>        Defendants. | Case No. CV-05-03494 BZ<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLAIMS OF PLAINTIFF TRACEY THOMSON TANSY AS TO DEFENDANTS KELLY AND IGOR YUDIN |

Plaintiff Tracey Thomson Tansy and Defendants Kelly Yudin and Igor Yudin, by and through their attorneys of record, agree and stipulate that the claims of Plaintiff Tracey Thomson Tansy against Kelly Yudin and Igor Yudin as alleged in the complaint on file herein is dismissed with prejudice.

IT IS SO STIPULATED this 3th day of March, 2007.

_____          _____
Claud Ingram OSB #61041              Gener D. Benitez
Attorney for Plaintiff                    of Attorneys for Defendants Yudin

Pursuant to Stipulation, IT IS SO ORDERED.

Date: 16 May 07

*[signature]*
United States District Court Judge