1  Crisostomo G. Ibarra (SBN 103480)
   Gener D. Benitez (SBN 206765)
2  Ibarra, PLC
   114 Sansome Street, Suite 1010
3  San Francisco, CA  94104
   Telephone: 415-398-5329
4  Facsimile: 415-398-6831

5  Attorneys for Defendants
   IGOR YUDIN and KELLY YUDIN
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | TRACEY THOMSON TANSY and | Case No. CV-05-03494 BZ
   | PATRICK CHAMPLIN TANSY,  |
13 |                          | STIPULATION FOR DISMISSAL WITH
   |            Plaintiffs,   | PREJUDICE OF CLAIMS OF PLAINTIFF
14 |                          | PATRICK CHAMPLIN TANSY AS TO
   |                          | DEFENDANTS KELLY YUDIN AND IGOR
15 | v.                       | YUDIN
16 | NORTH PACIFIC INSURANCE CO., an
   | Oregon Corporation; ONE BEACON
17 | INSURANCE COMPANY, a
   | Massachusetts
18 | Corporation; KELLY YUDIN; and IGOR
   | YUDIN,
19 |
20 |            Defendants.

21

22     Plaintiff PATRICK CHAMPLIN TANSY and Defendants IGOR YUDIN and KELLY
23 YUDIN, by and through their attorney of record, agree and stipulate that the claims of
24 PATRICK CHAMPLIN TANSY against Defendants IGOR YUDIN and KELLY YUDIN as
25 alleged in the
26 ////
27
28 STIPULATION FOR DISMISSAL WITH PREJUDICE
   AS TO KELLY YUDIN AND IGOR YUDIN

complaint on file herein is dismissed with prejudice.

IT IS SO STIPULATED

Dated: April 13, 2007   _____

PATRICK CHAMPLIN TANSY

In Pro Per

Dated: April 12, 2007   _____

Sener D. Benitez

Attorney for Defendants

KELLY YUDIN and IGOR YUDIN

Pursuant to Stipulation, IT IS SO ORDERED.

Date: 16 May 07   _____

United States District Court Judge