1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   TRACEY THOMPSON TANSY, et    )
     al.,                         )
12                                )      No. C 05-3494 BZ
              Plaintiff(s),       )
13                                )      **ORDER VACATING TRIAL DATE**
         v.                       )      **AND SCHEDULING DISPOSITIVE**
14                                )      **MOTION OF DEFENDANT NORTH**
     NORTH PACIFIC INSURANCE CO.,)      **PACIFIC INSURANCE CO.**
15   et al.,                      )
                                  )
16            Defendant(s).       )
     ─────────────────────────────)
17

18        By orders dated October 19, 2006 and January 18, 2006, I

19   set a trial in this matter for July 30, 2007 and directed the

20   parties to file certain documents by June 20, 2007.  Prior to

21   June 20, stipulations disposed of all claims except Patrick

22   Tansy's claim against North Pacific Insurance Co.  <u>See</u> Docket

23   No.'s 58-62.  No trial documents were filed by June 20, 2007.

24   The Court has been informed that North Pacific has been unable

25   to secure a signed stipulation of dismissal and therefore

26   intends to file a motion to dispose of Mr. Tansy's claim.  In

27   view of the foregoing, **IT IS ORDERED** as follows:

28        1.  The trial scheduled to begin July 30, 2007 is

                                  1

1     **VACATED**;

2        2.   North Pacific shall file an appropriate motion by

3 **July 11, 2007**;

4        3.   Any opposition will be filed by **July 25, 2007**;

5        4.   Any reply will be filed by **August 1, 2007**;

6        5.   A hearing on North Pacific's motion is scheduled for

7 **Wednesday, August 15, 2007 at 10:00 a.m.** in Courtroom G, 15th

8 Floor, Federal Building, 450 Golden Gate Avenue, San

9 Francisco, California 94102.

10        Mr. Tansy is cautioned that he risks being held in

11 contempt if he continues to ignore the court's order.

12 Dated: June 22, 2007

13

14                    Bernard Zimmerman
              United States Magistrate Judge

15

16

17

g:\bzall\-bzcases\tansy\order.vacate.trial.etc.wpd

18

19

20

21

22

23

24

25

26

27

28