UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY THOMPSON TANSY, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> NORTH PACIFIC INSURANCE CO., et al., <br><br> Defendant(s). | No. C 05-3494 BZ <br><br> **ORDER GRANTING MOTION TO DISMISS REMAINING CAUSE OF ACTION** |

    By orders dated October 19, 2006 and January 18, 2006, I set a trial in this matter for July 30, 2007 and directed the parties to file certain trial documents by June 20, 2007. Prior to June 20, stipulations disposed of all claims except Patrick Tansy's claim against North Pacific Insurance Co. See Docket No.'s 58-62. No trial documents were filed by June 20, 2007. Having been informed that North Pacific reached settlement with Mr. Tansy but was unable to secure a signed stipulation of dismissal, I ordered North Pacific to file an appropriate motion and, in the same order, warned Mr. Tansy that he risked being held in contempt if he continued to

1

ignore the Court's orders.

North Pacific thereafter filed a motion requesting that Mr. Tansy's claim against them be dismissed with prejudice. With its motion, North Pacific provided a copy of a release of claims form signed by Mr. Tansy. By the terms of the release, Mr. Tansy agreed to dismiss his action against North Pacific in exchange for a dollar payment. North Pacific also provided a copy of an e-mail exchange in which Mr. Tansy gives permission to North Pacific to file a motion to dismiss based upon the settlement. No opposition was filed to North Pacific's motion.

Mr. Tansy appears to have settled his claims against North Pacific. The e-mail message supplied by North Pacific and the failure by Mr. Tansy's to file an opposition to the motion or otherwise prosecute his remaining causes of action demonstrates his unwillingness to further pursue his claims as against North Pacific. For these reasons, **IT IS HEREBY ORDERED** that Mr. Tansy's claims against North Pacific are **DISMISSED** with prejudice. The hearing scheduled for **August 15, 2007** is **VACATED**. The Clerk shall close the file.

Dated: August 2, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-bzcases\tansy\order.grant.dismiss.wpd